IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**MICHAEL T. DURDEN,**

    Petitioner,

    v.

**COMMONWEALTH OF PENNSYLVANIA,** *et al.,*

    Respondents.

Civil No. 1:19-CV-0995

Judge Sylvia H. Rambo

## **ORDER**

**AND NOW**, 19th day of August, 2020, in accordance with the Memorandum filed concurrently with this Order, **IT IS ORDERED THAT**:

1. Respondent's motion to dismiss (Doc. 14) is **GRANTED**;

2. Petitioner's amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 11) is **DISMISSED** as time-barred by the statute of limitations;

3. A certificate of appealability **SHALL NOT ISSUE**. *See* 28 U.S.C. § 2253(c)(2); and

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                          **s/Sylvia H. Rambo**
                                          **SYLVIA H. RAMBO**
                                          **United States District Judge**